IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-00154-01

TONYA NICOLE SIMERLY

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion requesting early release from her term of supervised release. (ECF No. 434). The court has considered defendant's background and her performance while on supervised release. The court has also consulted the United States Probation Office. The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing, defendant's motion is **GRANTED**. It is therefore **ORDERED** that defendant be released from her term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to counsel of record, the Probation Office of this court, and to Ms. Simerly at her address as indicated on ECF No. 434-1.

**IT IS SO ORDERED** this 22nd day of January, 2025.

ENTER:

David A. Faber
Senior United States District Judge